## OSCAR CAUDILL v. STATE.

No. A-1993.    Opinion Filed March 21, 1914.

Appeal from District Court, Beckham County;
G. A. Brown, Judge.

Oscar Caudill was convicted of assault and battery, and appeals. Affirmed.

Hendrix & Tracy and W. B. Merrill, for plaintiff in error.

C. J. Davenport, Asst. Atty. Gen., for the State.

PER CURIAM.    The plaintiff in error, Oscar Caudill, was convicted on December 7, 1912, in the district court of Beckham county on a charge of assault and battery, and his punishment fixed at a fine of $100 and imprisonment in the county jail for a period of thirty days. Upon a careful examination of the record we feel that the judgment of the trial court should be affirmed, and it is so ordered.

## NELSON JELTS v. STATE.

No. A-1990.    Opinion Filed March 21, 1914.

Appeal from County Court, Pottawatomie County;
Hal Johnson, Judge.

Nelson Jelts was convicted of violating the prohibitory law, and appeals. Dismissed.

G. A. Outcelt, for plaintiff in error.

C. J. Davenport, Asst. Atty. Gen., for the State.

PER CURIAM.    The plaintiff in error, Nelson Jelts, was tried and convicted at the January, 1913, term of the county court of Pottawatomie county on a charge of maintaining a place wherein intoxicating liquors were received and kept for the purpose of sale. Judgment was rendered on the 28th day of February, 1913, at which time the court allowed thirty days for preparing and serving a case-made, and sixty days within which to effect the appeal under the statute. The petition in error and case-made were not filed until the 3d day of May, 1913, more than sixty days after rendition of the judgment, no further extension of time having been made as provided by law. The Attorney General has filed a motion to dismiss the appeal on the ground that the same was not filed within the time allowed by the statute and under the orders of the court. The motion is well founded and is therefore sustained. The appeal is accordingly dismissed.